MARITA KULLMAN et al., Landlords, Appellants, *v.* ALBERT CAMERMA et al., Tenants, Respondents.

Supreme Court, Appellate Term, Second Department, December 12, 1946.

*Frederick W. Shaw* and *Kenneth B. Campbell* for appellants.

*Mordecai S. Jacobsen* for respondents.

MEMORANDUM *Per Curiam.* The landlords made out a prima facie case under paragraph (6) of subdivision (a) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (11 Federal Register 11668), when they proved that they wanted the premises for the use and occupancy of the father and mother of the landlord Marita Kullman (*Moak* v. *Mehlman,* 185 Misc. 992).

The final order should be reversed upon the law, and a new trial granted, with $30 costs to the landlords to abide the event.

MacCrate, Steinbrink and Fennelly, JJ., concur.

Order reversed, etc.